1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN A. PARKER, | Case No.: 1:23-cv-01674 JLT SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THIS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| JEFF LYNCH, et al., | |
| Defendants. | |
| | (Doc. 11) |

    Melvin A. Parker seeks to hold the defendants—who he identifies as the "Warden/ Superintendents" at California State Prison-Sacramento and Kern Valley State Prison— liable for civil rights violations pursuant to 42 U.S.C. § 1983. (*See generally* Doc. 1.) The magistrate judge screened the allegations of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim. (Doc. 9 at 4-8.) The magistrate judge directed Plaintiff to file any amended complaint within 21 days and informed him the failure to do so would result in a recommendation the action be dismissed. (*Id.* at 10.)

    After Plaintiff did not file an amended complaint or otherwise respond to the Screening Order, the magistrate judge found Plaintiff failed to comply with the Court's order and failed to prosecute the case. (Doc. 11 at 2-3.) Therefore, the magistrate judge recommended this action be dismissed without prejudice. (*Id.* at 4.) The Court served the Findings and Recommendations on

Plaintiff and notified him that any objections were due within 14 days.  (*Id.*) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 20, 2024 (Doc. 11) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE

2